## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| In Re: | Case No. 19-90402-BHL-13 |
| Calvin R. Davis<br>  *aka* Calvin Ray Davis<br>Erin Renee Davis<br>  *aka* Erin Davis<br>  *aka* Erin Hyatt<br>  *aka* Erin R. Gravitt<br>  *aka* Erin R. Hyatt | Chapter 13 |
| Debtor(s). | Judge Basil H. Lorch III |

### NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Franklin Credit Management Corporation as servicer for Deutsche Bank National Trust company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

### CERTIFICATE OF SERVICE

I certify that on April 3, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Lloyd Koehler, Debtors' Counsel
lloydkoehler@hotmail.com

Joseph M. Black, Jr., Trustee
jmbecf@trustee13.com

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on April 3, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Calvin R. Davis, Debtor
4410 Tunnel Mill Road
Charleston, IN 47111

Erin Renee Davis, Debtor
4410 Tunnel Mill Road
Charleston, In 47111

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor